

16-15031 Garry Gallardo v. Theresa Talplacido, et al "Dispositive Clerk Order Filed"
ca9_ecfnoticing
to:
06/16/2016 09:39 AM
Hide Details
From: ca9_ecfnoticing@ca9.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 06/16/2016 at 9:26:35 AM PDT and filed on 06/16/2016

| | |
|---|---|
| **Case Name:** | Garry Gallardo v. Theresa Talplacido, et al |
| **Case Number:** | 16-15031 |
| **Document(s):** | Document(s) |

**Docket Text:**
Filed order (Deputy Clerk: TSP) Pursuant to Circuit Rule 42-1, this appeal is dismissed for failure to pay fees., This order served on the district court shall constitute the mandate of this court. [10017078] (Price, Tina)

**Notice will be electronically mailed to:**

Honorable Raner C. Collins, Chief District Judge
Joseph Cole Hernandez, Assistant U.S. Attorney
USDC, Tucson

**Case participants listed below will not receive this electronic notice:**

Garry David Gallardo
USP - U.S. PENITENTIARY - TUCSON
P.O. Box 24550
Tucson, AZ 85734

The following document(s) are associated with this transaction:
**Document Description:** 42-1 Closing Order Form
**Original Filename:** /opt/ACECF/live/forms/TinaPrice_1615031_10017078_v2Order-42-1-ClosingOrderForm_199.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=06/16/2016] [FileNumber=10017078-0]
[2cacfc4aa8f9a16db2c226bdf39a98aac1a026ef456752c497bf34ffe635e12f24bffa354ab29be14d511dc1a1c5e50fc63f8155ae7ec2a6a31646faf765cadd]]
**Recipients:**

- Honorable Raner C. Collins, Chief District Judge
- Garry David Gallardo
- Joseph Cole Hernandez, Assistant U.S. Attorney
- USDC, Tucson

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 10017078
**RELIEF(S) DOCKETED:**
  to extend time to file appellant brief
  to dismiss case for failure to prosecute under Circuit Rule 42-1
  to issue mandate (for dispositive orders which act as mandate only)
**DOCKET PART(S) ADDED:** 11560344, 11431763, 11431764, 11560345, 11560346, 11560347